# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| AVENTURE COMMUNICATION TECHNOLOGY, L.L.C., an Iowa corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>IOWA UTILITIES BOARD, Utilities Division, Department of Commerce; ROBERT B. BERNTSEN, KRISTA K. TANNER, and DARRELL HANSON, in their Official Capacities as Members of the Iowa Utilities Board and not as Individuals,<br><br>    Defendants. | No. C 10-4074-MWB<br><br>**ORDER REGARDING AVENTURE'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

_____

This case is before the court on Aventure's August 12, 2010, Motion For Temporary Restraining Order (Motion For TRO) (docket no. 41). Aventure filed its Motion For TRO, notwithstanding that the court has already set an expedited briefing deadline for today and expedited telephonic oral arguments for Monday, August 16, 2010, on Aventure's Motion For Preliminary Injunction (docket no. 12). Aventure asserts as the basis for its Motion For TRO that, on August 10, 2010, after it filed this action, the IUB used the rules adopted in the *HVAS Order* that is challenged in this action to suspend Aventure's modified tariff and to calendar it for investigation.

Aventure does not allege, however, that the IUB's August 10, 2010, action poses such an immediate threat to the continuation of Aventure's business that the court must hear Aventure's Motion For TRO before the arguments already set on Monday on Aventure's Motion For Preliminary Injunction. In essence, the court considers Aventure's

Motion For TRO to be moot. As a practical matter, the court is unwilling to issue any temporary restraining order *ex parte*, at least based on the written arguments that Aventure presents in its brief in support of its Motion For TRO, and the court is simply unable to hear arguments on the Motion For TRO before the arguments on the Motion For Preliminary Injunction already set for Monday.

To the extent that Aventure disagrees with the court's view that the Motion For TRO is moot, Aventure may present to the court arguments concerning the need for a TRO, in addition to the need for a preliminary injunction, at the oral arguments on Monday on the Motion For Preliminary Injunction.

THEREFORE, Aventure's August 12, 2010, Motion For Temporary Restraining Order (Motion For TRO) (docket no. 41) is **denied** without prejudice to reassertion at the telephonic oral arguments on Monday, August 16, 2010, at 8:00 a.m., on Aventure's Motion For Preliminary Injunction. *No party is required to file any written response to Aventure's Motion For Temporary Restraining Order.*

**IT IS SO ORDERED.**

**DATED** this 12th day of August, 2010.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA